■ The People of the State of New York, Respondent, v Enrique Oliva, Appellant. [932 NYS2d 20]—

Concur—Tom, J.P., Saxe, Moskowitz, DeGrasse and Abdus-Salaam, JJ.